| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 1:10-CR-136 |
| | § | |
| CHRISTOPHER LEE ALSUP | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The above-entitled numbered criminal action was referred to a United States Magistrate Judge in accordance with 28 U.S.C. 636(b)(3). The Report and Recommendation on Revocation of Supervised Release, filed January 4, 2018, has been presented for consideration. The parties waived any objections to the Report and Recommendation. Defendant consented to the revocation of his supervised release and waived his right to be present and speak at sentencing.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation on Revocation of Supervised Release as the findings and conclusions of the Court

SIGNED at Beaumont, Texas, this 5th day of January, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE